# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                v.                Crim. No. 4:20-CR-54-1FL

KYLE EVAN SWINSON

     On December 10, 2019, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

     I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: August 8, 2023

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10th__ day of __August__, 2023.

Louise W. Flanagan  
U.S. District Judge